| Attorney or Party Name, Address, Telephone and FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Quyen Kiet**<br>**Kiet, Cothran & Zirillo APC**<br>**1576 N. Batavia Street, #1C**<br>**Orange, CA 92867**<br><br>*Attorney for* **Fernando and Adriana Leguizamon** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
  **Fernando Leguizamon**
  **Adriana Leguizamon**

                                                                        Debtor.

                                                                Plaintiff(s),

vs.

                                                                Defendant(s)

CHAPTER **13**
CASE NUMBER **2:09-bk-46929**

☐ ADVERSARY NUMBER  (If Applicable)

# SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name):* **Quyen Kiet**

2. The name, address and telephone number of the New Attorney are   *(specify):*
   **Jesse Zirillo**
   **1576 N. Batavia Street, #1C**
   **Orange, CA 92867**
   **714.974.5652**

3. New Attorney hereby appears in the following matters:    ☑ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney):* **Quyen Kiet**

Dated:    **02/17/2010**

**Quyen Kiet**                                                            /s/ Quyen Kiet
*Type Name of Party*                                                     *Signature of Party*

I consent to the above substitution.
Dated:    **02/17/2010**

**Quyen Kiet**                                                            /s/ Quyen Kiet
*Type Name of Present Attorney*                                          *Signature of Present Attorney*

I am duly admitted to practice in this district.  The above substitution is accepted.
Dated:    **02/17/2010**

**Jesse Zirillo**                                                         /s/ Jesse Zirillo
*Type Name of New Attorney*                                              *Signature of New Attorney*

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Rev. 5/02*                                                                                                          **F 2090-1.4**

Substitution of Attorney Form    F 2090-1.4

| In re<br>**Fernando Leguizamon**<br>**Adriana Leguizamon**<br>Debtor. | CHAPTER **13**<br>CASE NUMBER **2:09-bk-46929** |
|---|---|

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code.  See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF **Orange**

I am employed in the above County, State of California.  I am over the age of 18 and not a party to the within action.
My business address is as follows:

**1576 N. Batavia Street, #1C**
**Orange, CA 92867**

On **02/17/2010**, I served the foregoing document described as: SUBSTITUTION OF ATTORNEY on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **Orange**, California, addressed as follows:

**Nancy K. Curry**
**606 South Olive Street, Suite 950**
**Los Angeles, CA 90014**

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  **02/17/2010**

| **German Munoz** | /s/ German Munoz |
|---|---|
| *Type Name* | *Signature* |

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02    F 2090-1.4